UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-41 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH A. FINTON,<br>Defendant. | ) | **O R D E R** |

The parties named above, the United States of America, plaintiff, and Kenneth A. Finton, defendant, have stipulated and agreed.

1. The defendant agrees to make three monthly payments of $1,235.11, one by February 15, 2001, one by March 15, 2001, and one by April 15, 2001. The payments must be received in the Financial Litigation Unit, U.S. Attorney's Office, 300 S. Fourth Street, Room 600, Minneapolis, Minnesota 55415, by 5:00 p.m. on February 15, 2001, March 15, 2001 and April 15, 2001. Each monthly payment by defendant will be by certified check or money order, made payable to the "U.S. Department of Justice" and mailed to the address listed above.

2. The parties agree that as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $3,509.97 principal, plus interest to January 8, 2001, in the amount of $1,348.84, together with additional prejudgment interest

FEB 09 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

at the rate of 6.052 percent per annum from January 8, 2001, and pursuant to 28 U.S.C. §2412, costs in the amount of $150.00.

3. If the defendant fails to adhere to the terms set forth in paragraph one above, by failing to make any of the payments described in said paragraph, or by making any of the payments described in said paragraph late or in an amount less than agreed herein, the plaintiff shall file this Stipulation for Compromised Settlement and Confession of Judgment with the Court as a confession of judgment against said defendant for the remaining amount due under paragraph 2 above, without further notice or hearing.

4. If judgment is entered in this case, the parties agree that the judgment be in the amount described in paragraph two above, less any payments made to date and that said judgment will accrue postjudgment interest at the legal rate.

5. If a judgment is entered in this case, the parties agree that the plaintiff is entitled to enforce collection of that judgment by all legal means available, including, but not limited to, filing liens against the defendant's non-exempt real and personal property, garnishing the defendant's wages and bank

accounts and levying against the defendant's non-exempt real and personal property.

THEREFORE, it is hereby ORDERED that the above entitled complaint is and shall be dismissed with this Court retaining jurisdiction until May 1, 2001 to implement the above agreement and conditions.

Dated: Feb 9, 2001

DONOVAN W. FRANK, Judge
U.S. District Court